IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

   v.                                      Case No. 2:07-CR-263
                                               JUDGE GREGORY L. FROST

JOHN E. CULVER,

    Defendant.

## ORDER

This matter came on for consideration upon Defendant's Second Pro Se Motion to Terminate his Supervised Release term (ECF No. 62). The Court requested and has received a response to the defendant's motion by Defendant's assigned Probation Office and the assigned Assistant United States Attorney. The assigned Probation Officer and Assistant United States Attorney both oppose Defendant's request for early termination of his term of Supervised Release. The Court finds that the defendant's motion is not well-taken and **DENIES** the same.

    IT IS SO ORDERED.

                                                   /s/ Gregory L. Frost
                                                  GREGORY L. FROST
                                                  United States District Judge